IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00152-KDB-DSC

| | |
|---|---|
| DAWN TRIPLETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| MOUNTAIN RUN SOLUTIONS, LLC, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael Bertucci]" (document #16) filed July 18, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 18, 2022

David S. Cayer
United States Magistrate Judge